**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

DARIEN TYRELL RANDLE,

Plaintiff,

v.

DAKOTA COUNTY; JOHN AND JANE DOES, *in their individual and official capacities*; CITY OF HASTINGS; and DAKOTA COUNTY JAIL,

Respondent.

Case No. 26-cv-2844 (LMP/ECW)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

This matter is before the Court on the August 3, 2026 Report and Recommendation ("R&R") of United States Magistrate Judge Elizabeth Cowan Wright which recommends partial dismissal of Plaintiff Darien Tyrell Randle's complaint. *See* ECF No. 5. No party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Discerning no clear error, the Court adopts the R&R in full. The Court reminds Randle that he must file an amended complaint stating a viable claim for relief against at least one identified defendant by no later than October 30, 2026. ECF No. 5 at 4–5. Otherwise, Randle's complaint will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

**ORDER**

Based on all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

1. The R&R (ECF No. 5) is **ADOPTED IN FULL**;

2. All claims against Defendants Dakota County, City of Hastings, and the Dakota County Jail are **DISMISSED WITHOUT PREJUDICE**; and

3. The official-capacity claims against the John and Jane Doe Defendants are **DISMISSED WITHOUT PREJUDICE**.

Dated: September 3, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge